ORIGINAL

FILED
NOV 2 - 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HERMES CONSOLIDATED, INC., Doing Business As Wyoming Refining Company,

Plaintiff,

vs.

THE UNITED STATES,

Defendant.

No. 06-745 C

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to RCFC 40.2, Plaintiff, Hermes Consolidated, Inc., doing business as Wyoming Refining Company, states that this case is directly related to *Hermes Consolidated, Inc., doing business as Wyoming Refining Company v. United States*, No. 02-1460C (Fed. Cl.) (Block, J.). Both cases involve the same parties and are based on the same or similar claims. Plaintiff consents to a stay of proceeding in the present case pending resolution of the motion to dismiss currently pending in case no. 02-1460C.

Respectfully submitted,

J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff
Hermes Consolidated, Inc.
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

November 2, 2006