ORIGINAL

FILED
NOV 2 - 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC., Doing Business As Wyoming Refining Company, | ) | |
| Plaintiff, | ) | No. 06-745 C |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff, Hermes Consolidated, Inc., doing business as Wyoming Refining Company, states that there is no parent corporation or any publicly held corporation that owns 10 per cent or more of Plaintiff's stock.

Respectfully submitted,

J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff
Hermes Consolidated, Inc.
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

November 2, 2006