IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business As Wyoming Refining<br>Company,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-745C<br>(Judge Block) |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff Hermes Consolidated, Inc., doing business as Wyoming Refining Company, on behalf of both of the parties, respectfully requests that a stay be issued in this case pending the Court's decision on the Motion to Dismiss filed by Defendant, The United States, in *Hermes Consolidated, Inc., Doing Business As Wyoming Refining Company v. United States*, No. 02-1460C (Nov. 21, 2005).

A stay is appropriate in that this case involves issues similar to those presented by the Defendant's Motion. At the time the Court's decision is entered, the parties propose to file a "Joint Status Report" addressing further proceedings in this case.

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiff,
Hermes Consolidated, Inc.
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

November 16, 2006